UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

FILED
CHARLOTTE, NC

APR 01 2010

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 5:03 CR 52 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| STEPHEN ALEXANDER BATTLE | ) | |

This matter is before the Court upon Motion of the government requesting that the defendant's sentence be reduced pursuant to Rule 35(b), Federal Rules of Criminal Procedure.

The Court finds, for the reasons stated in the government's motion, that the defendant has provided substantial assistance to the government in two jurisdictions since the imposition of his sentence of 135 months imprisonment on July 6, 2004.

IT IS THEREFORE, ORDERED that the defendant's sentence be reduced to 87 months imprisonment. IT IS FURTHER ORDERED that the Clerk certify copies of this Order to the defendant, counsel of the defendant, the United States Attorney, the United States Marshals Service, and the United States Probation Office.

This the 1st day of April, 2010.

RICHARD L. VOORHEES
UNITED STATES DISTRICT JUDGE